UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOMENG CHENG, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS CIOPPA, UR M. JADDOU, and ALEJANDRO MAYORKAS, <br><br><br> Defendants. | No. 21-CV-11190 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the conference originally scheduled for March 4, 2022 is hereby rescheduled to March 3, 2022 at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court as soon as possible by letter filed on ECF and include proposed alternative dates and times for this conference. The parties' joint status letter and case management plan are due by February 25, 2022.

SO ORDERED.

Dated:    February 17, 2022
             New York, New York

                                                                                Ronnie Abrams
                                                                             United States District Judge