

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 23, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:** *Xiaomeng Cheng v. Cioppa*, No. 21 Civ. 11190 (RA)

Dear Judge Abrams:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of sixty-one days to respond to the complaint (*i.e.*, from March 9 to May 9, 2022). I also respectfully request that the initial conference presently scheduled for March 3, 2022, be adjourned to the week of May 23, 2022, or thereafter, and that the joint letter due one week in advance of that conference be similarly adjourned.

    The extension is respectfully requested because USCIS has issued a Request for Evidence (RFE) to the plaintiff and is currently awaiting the plaintiff's response. The additional time is thus needed for USCIS to receive and evaluate the plaintiff's response and to determine next steps, which may include final adjudication. This is the government's first request for an extension of its deadline to respond to the complaint and an adjournment of the initial conference. The plaintiff consents to both requests.

    I thank the Court for its consideration of these requests.

Application granted. The initial status conference presently scheduled for March 3, 2022 is hereby adjourned to May 26, 2022 at 4:00 p.m.

                                                     Respectfully submitted,

                                                     DAMIAN WILLIAMS
                                                    United States Attorney for the
                                                     Southern District of New York

SO ORDERED.                        By:    *s/ Jacqueline Roman*
                                                    JACQUELINE ROMAN
                                                      Special Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (347) 714-3363
_____                  E-mail: jacqueline.roman@usdoj.gov
Hon. Ronnie Abrams                            *Attorney for Defendant*
2/23/22

cc: Counsel of record (via ECF)